[No. 11285-0-II. Division Two. September 19, 1989.]

JEWEL TARVER, ET AL, *Respondents,* v. FIBREBOARD
CORPORATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 81–2–01367–0, James I. Maddock, J., entered July 17, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.